# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**
FILED

### CASE SUMMARY

Case Number **CR14-0103**

U.S.A. v. Thomas M. Calderon

[✓] Indictment  [ ] Information

Defendant Number 2

Year of Birth 1954

2014 FEB 20  PM 3:45

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "NA".**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  Unknown - May 4, 2013

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles  [ ] Ventura

[✓] Orange  [ ] Santa Barbara

[ ] Riverside  [ ] San Luis Obispo

[ ] San Bernardino  [ ] Other _____

Citation of Offense  18 U.S.C. §§ 666, 1341, 1343, 1346, 1956

21 U.S.C. § 7206(2)

## RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?  [ ] No  [✓] Yes

IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases

may be related if a previously filed indictment or information

and the present case:

a. arise out of the same conspiracy, common scheme,

   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

   entail substantial duplication of labor in pretrial, trial or

   sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____

Case Number _____

Charging _____

The complaint:  [ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes

IF YES, provide, Name:  Sheppard S. Kopp

Phone Number:  (310) 570-6389

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*  [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[✓] Yes*  [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS
DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS
CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*  [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*  [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?          ☐ YES          ☐ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male               ☐ Female

☑ U.S. Citizen       ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:     ☐ All counts

☑ Only counts: 15-22

☐ This defendant is designated as "High Risk" per
   18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes          ☑ No

IF YES, should matter be sealed?   ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☑ public corruption

☑ government fraud                ☑ tax offenses

☐ environmental issues            ☑ mail/wire fraud

☐ narcotics offenses              ☐ immigration offenses

☐ violent crimes/firearms         ☐ corporate fraud

☐ Other  _____

### CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  _____

   in the amount of $ _____

c. PSA supervision?          ☐ Yes          ☐ No

d. Is on bail or release from another district:

   _____

Defendant is **in** custody:

a. Place of incarceration:     ☐ State     ☐ Federal

b. Name of Institution:  _____

c. If Federal: U.S. Marshal's Registration Number:

   _____

d. ☐ Solely on this charge. Date and time of arrest:

   _____

e. On another conviction:     ☐ Yes          ☐ No

   IF YES :     ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: :     ☐ Yes     ☐ No

   IF YES :     ☐ State    ☐ Federal    AND

   Name of Court:  _____

   Date transferred to federal custody:  _____

This person/proceeding is transferred from another district

pursuant to F.R.Cr.P.     ☐ 20     ☐ 21     ☐ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date      02/18/2014          _____

_____

Signature of Assistant U.S. Attorney

Douglas M. Miller/Mack E. Jenkins

Print Name