Law Offices of Shepard S. Kopp
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone (310) 914-4444
Facsimile (310) 914-4445
shep@shepardkopplaw.com

Shepard S. Kopp,  SBN: 174612
Attorney for Defendant Thomas M. Calderon

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RONALD S. CALDERON; and THOMAS M. CALDERON,<br>Defendants. | Case No.: 14-103-CAS<br><br>DEFENDANT THOMAS CALDERON'S MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT, AND JOINDER IN MOTION TO DISMISS<br><br>Hearing Date:  July 13, 2015<br>Time:          1:30 p.m.<br>Place:         Courtroom 5 |

    Defendant Thomas M. Calderon, by and through his counsel of record, hereby moves to dismiss the indictment for outrageous governmental conduct, and joins in the motion to dismiss for outrageous governmental conduct filed by codefendant Ronald Calderon.  The motion is based on the reasons set forth in codefendant Ronald Calderon's motion to dismiss, on any evidence adduced at an evidentiary hearing that may be conducted by the court, and on argument of counsel at the time the motion is heard.

Date: May 26, 2015        By:     */s/ Shepard S. Kopp*
                                                Shepard S. Kopp
                                                Attorney for Defendant
                                                Thomas Calderon