## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR14-103-CAS | | Date | July 16, 2015 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| Patricia Gomez | Laura Elias | Douglas Miller / Mack Jenkins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) RONALD S. CALDERON | X | | X | MARK GERAGOS | X | | X |
| 2) THOMAS M. CALDERON | X | | X | SHEPARD KOPP | X | | X |

**Proceedings:**  STATUS CONFERENCE RE: DEFT #1'S MOTION TO DISM. FOR OUTRAGEOUS GOVT. CONDUCT; OR, IN THE ALT., FOR A PRE-TRIAL EVID. HRG. RE: GOVT MISCONDUCT (Filed 05/26/15) [66].

DEFT #1'S MOTION TO SUPPRESS (Filed 05/26/15)[67].

DEFT #1"S MOTION TO SUPRESS DEFT'S STMTS PURS. TO MIRANDA V. ARIZONA (Filed 05/26/15)[70].

DEFT #2'S MOTION TO SEVER, OR IN THE ALT. TO SEVER COUNTS 16-22 (Filed 05/26/15)[68].

DEFT #2/S MOTION TO DISM. FOR OUTRAGEOUS GOVT. CONDUCT, AND JOINDER IN MOTION TO DISMISS (Filed 05/26/15)[69].

DEFT #2'S REQUEST TO MODIFY CONDITIONS OF RELEASE (Filed 07/03/15)[92]

GOV'S MIL TO INTRODUCE EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 402, 403, AND 404 (Filed 04/20/15)[53].

Hearing held and counsel are present. The Court confers with counsel and counsel advise the Court of the status of the case. For reasons stated on the record the Court continues the status conference for August 6, 2015 at 10:00 A.M.

|  | 00 | : | 27 |
|---|---|---|---|
| Initials of Deputy Clerk | | PG | |

cc: Pretrial Services