```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON                    *NOTE: CHANGES MADE BY THE COURT
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2216/2091
     Facsimile: (213) 894-6436
     E-mail: douglas.m.miller@usdoj.gov
             mack.jenkins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RONALD S. CALDERON and<br>THOMAS M. CALDERON,<br><br>　　　　Defendants. | No. CR 14-103-CAS<br><br>[~~PROPOSED~~] <u>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>[~~PROPOSED~~] **DATES:**<br>TRIAL　　　　　07/19/16<br>STATUS CONF.　　04/04/16<br>FINAL CONF.　　06/06/16 |
|---|---|

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 15, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from May 10, 2016 to **July 19, 2016 at 9:30 a.m.**  The status conference hearing currently set for April 4, 2016 at 1:30 p.m. shall remain as scheduled.  A **final status conference is set for June 6, 2016 at 1:30 p.m.,** where the parties will discuss whether jury questionnaires are required to be sent out in advance of trial of the July 19, 2016.

2. The time period of May 10, 2016 to July 19, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants RONALD S. CALDERON and THOMAS M. CALDERON shall appear in Courtroom 5 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on the following dates and times:

| Status Conf. | 1:30 p.m. | April 4, 2016 |
| Final Status Conf. | 1:30 p.m. | June 6, 2016 |
| Trial | 9:30 a.m. | July 19, 2016 |

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

March 16, 2016
DATE

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
DOUGLAS M. MILLER
Assistant United States Attorney

cc: Pretrial Services